POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue, Suite 410<br>San Diego, CA 92103<br>TELEPHONE NO.: (619) 858-3671<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY<br>**FILED**<br>2007 DEC -7  P 2: 09<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J |
|---|---|
| United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: McCARTHY | CASE NUMBER:<br>C07-5859 HRL |
| DEFENDANT/RESPONDENT: W2005 NEW CENTURY HOTEL PORTFOLIO, LP | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint, Summons, Civil Case Cover Sheet, SCHEDULING ORDER, STANDING ORDER - JUDGE LLOYD, CONSENT TO PROCEED US MAGISTRATE JUDGE, DECLINATION TO PROCEED US MAGISTRATE JUDGE, STANDING ORDER ALL JUDGES RE JOINT CMC STATEMENT, STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES, ECF REGISTRATION HANDOUT
3. a. Party served: W2005 NEW CENTURY HOTEL PORTFOLIO, LP

   b. Person Served: CT Corp-Vivian Imperial - Person authorized to accept service of process
4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): December 5, 2007     (2) at (time): 3:15 pm
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   **BY FAX**

   W2005 NEW CENTURY HOTEL PORTFOLIO, LP

   under:       Other: Limited Partnership
7. Person who served papers
   a. Name: Jimmy Lizama
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 6, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652747