

KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendants
W2005 NEW CENTURY
HOTEL PORTFOLIO, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

Plaintiff,

v.

W2005 NEW CENTURY HOTEL PORTFOLIO, L.P.; and DOES 1-10, inclusive,

Defendants.

CASE NO. C:07-05859-HRL

**W2005 NEW CENTURY HOTEL PORTFOLIO, L.P.'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant W2005 NEW CENTURY HOTEL PORTFOLIO, L.P. ("Defendant") answers the allegations contained in plaintiff's complaint as follows:

## INTRODUCTION

1. Paragraph 1 of the Complaint contains conclusory statements of law, not fact, and therefore does not require a response. In an abundance of caution, however, Defendant denies that it has in the past or at present are engaging in discriminatory practices against individuals with disabilities. As to the remaining allegations, defendant lacks sufficient knowledge to admit or deny the allegations contained therein and,, therefore, denies them.

**INTRADISTRICT ASSIGNMENT**

2. Responding to paragraph 2 of the Complaint, Defendant does not dispute that this Court is the proper venue for this matter.

**JURISDICTION and VENUE**

3. Responding to paragraph 3 of the Complaint, Defendant does not dispute the basis for which this Court is the proper venue for this matter.

**SUPPLEMENTAL JURISDICTION**

4. Responding to paragraph 4 of the Complaint, Defendant does not dispute that this Court has jurisdiction to preside over this matter at this time. Defendant denies all remaining allegations therein.

**PARTIES**

5. Defendants admit the allegations of paragraph 5 of the Complaint.

6. Responding to paragraph 6 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

7. Responding to paragraph 7 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

8. Responding to paragraph 8 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

**FACTS**

9. Responding to paragraph 9 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

10. Responding to paragraph 10 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

11. Responding to paragraph 11 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

12. Responding to paragraph 12 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

13. Responding to paragraph 13 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

14. Responding to paragraph 14 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

15. Responding to paragraph 15 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

16. Responding to paragraph 16 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

17. Responding to paragraph 17 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

18. Responding to paragraph 18 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

19. Responding to paragraph 19 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

20. Responding to paragraph 20 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

21. Responding to the first sentence of paragraph 21 of the Complaint, such allegations are mere conclusions of law, not fact, and do not require a response. As to the remaining allegations, Defendant denies them.

22. Responding to paragraph 22 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

23. Responding to paragraph 23 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

## NOTICE

24. Paragraph 24 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

25. Paragraph 25 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

26. Paragraph 26 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

///

///

///

**FIRST CAUSE OF ACTION *(sic)***

**CLAIM I – Denial of Full and Equal Access**

27. Responding to paragraph 27 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 27 as though set forth fully herein. Further responding, Defendant admits that the facility in question is a place of public accommodation, and specifically denies that remaining allegations of Paragraph 27.

28. Responding to paragraph 28 of the Complaint, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them..

**CLAIM II – Failure to Make Alterations**

29. Responding to paragraph 29 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 28 as though set forth fully herein. Defendant denies that remaining allegations of Paragraph 29..

30. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 30 of the Complaint and, therefore, denies them.

31. Paragraph 31 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

32. Paragraph 32 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them..

**CLAIM III – Failure to Remove Architectural Barriers**

33. Responding to paragraph 33 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 32 as though set forth fully herein. The remaining allegations of Paragraph 33 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution,

however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

**CLAIM IV – Failure to Modify Practices, Policies and Procedures**

34. Responding to paragraph 34 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 33 as though set forth fully herein. The remaining allegations of Paragraph 34 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

35. Responding to paragraph 35 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 34 as though set forth fully herein. The remaining allegations of Paragraph 35 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

36. Paragraph 36 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

**SECOND CAUSE OF ACTION *(sic)***

**CLAIM I – Denial of Full and Equal Access**

37. Responding to paragraph 37 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 36 as though set forth fully herein. The remaining allegations of Paragraph 37 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

38. Paragraph 38 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

**CLAIM II – Modify Practices, Policies and Procedures**

39. Responding to paragraph 39 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 38 as though set forth fully herein. The remaining allegations of Paragraph 39 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

**CLAIM III – Violation of the Unruh Act**

40. Responding to paragraph 40 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 39 as though set forth fully herein. The remaining allegations of Paragraph 40 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them.

41. Responding to paragraph 41 the Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 40 as though set forth fully herein. Paragraph 40 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them. Defendant further denies plaintiff is entitled to any relief whatsoever.

42. Paragraph 42 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein

and, therefore, denies them. Defendant further denies plaintiff is entitled to any relief whatsoever.

43. Paragraph 43 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them. Defendant further denies plaintiff is entitled to any relief whatsoever.

44. Paragraph 44 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them. Defendant further denies plaintiff is entitled to any relief whatsoever.

45. Paragraph 45 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them. Defendant further denies plaintiff is entitled to any relief whatsoever

46. Paragraph 46 of the Complaint contains conclusory statements of law, not fact and, therefore, does not require a response. In an abundance of caution, however, Defendant lacks sufficient knowledge to admit or deny the allegations contained therein and, therefore, denies them. Defendant further denies plaintiff is entitled to any relief whatsoever.

## DEMAND FOR JUDGMENT FOR RELIEF

Defendant denies plaintiff has been injured in any manner as described in the complaint, and denies that plaintiff is entitled to any declaratory or injunctive relief, costs of litigation, attorney's fees, or any other kind of relief or damages whatsoever.

///

///

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to allege facts sufficient to state a claim against defendant.

### SECOND AFFIRMATIVE DEFENSE

The complaint, and each claim asserted, is barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

The complaint, and each claim asserted, is barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

The complaint, and each claim asserted, is barred by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

The complaint, and each claim asserted, is barred by the applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Defendant asserts plaintiff freely and voluntarily assumed the risk of injury and damage alleged in this action with full knowledge and appreciation of the magnitude thereof, and did so with the intent to seek out a lawsuit and compound damages.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by his own careless, negligent and willful conduct, all of which proximately caused any damage claimed in this action.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff failed to exercise reasonable diligence to mitigate his damages, if any, as alleged in the complaint, and said conduct was the sole and proximate cause of said injuries.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were brought about by the conduct of other parties and/or entities.

**TENTH AFFIRMATIVE DEFENSE**

Defendant' conduct is, and was at all times, justified, reasonable and in good faith.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant is exempt from compliance with the statutes and/or regulations sought to be enforced by plaintiff.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff lacks Article III standing to assert claims for injunctive and/or declaratory relief, and lacks standing to assert claims for injunctive and/or declaratory relief unrelated to his disability.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The violations plaintiff alleges are within the dimensional tolerances allowed by state and federal law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Some or all of plaintiff's alleged violations and proposed changes are impracticable, unnecessary, unduly burdensome, and infeasible. Moreover, Defendant is informed and believe that reasonable alternative methods/measures providing access to individuals with disabilities with equivalent facilitation or otherwise to the maximum extent feasible are utilized.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims for injunctive relief and declaratory relief are moot.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Inasmuch as each defendant did not own, operate, lease and/or control the business, property, building and/or portions thereof, during the period in which the alleged violations occurred, defendant is not a proper party to some or all of the claims asserted, or to any claim for injunctive and/or declaratory relief.

**WHEREFORE**, Defendant pray for judgment as follows:

1. That all relief sought in the complaint against defendant be denied;

2. That plaintiff's complaint be dismissed, with prejudice, in its entirety;

3. For an award against plaintiff, in favor of Defendant, of costs of suit and attorneys' fees incurred; and

4. For such other and further relief as the court deems proper.

DATED: December 27, 2007

GREENBERG TRAURIG, LLP

By: ______________________
KATHLEEN E. FINNERTY
MARC B. KOENIGSBERG
Attorneys for Defendant
W2005 NEW CENTURY HOTEL PORTFOLIO, L.P.