*E-filed 2/27/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>  Plaintiff,<br><br>  v.<br><br>W2005 NEW CENTURY HOTEL PORTFOLIO, LP,<br><br>  Defendant. | Case No. C07-05859 HRL<br><br>**CLERK'S NOTICE**<br><br>**Re:  2/22/08 Court Notice** |

The court issued a letter notifying the parties that this case was proceeding before a Magistrate Judge and that the court had yet to receive consent to Magistrate Jurisdiction from both parties. The letter also indicated that a Case Management Conference (CMC) was set for March 11, 2008.

PLEASE TAKE NOTICE THAT the reference to the CMC was incorrect. **There is no CMC currently set in this case.** However, if the parties wish to proceed before Magistrate Judge Howard R. Lloyd, than Plaintiff should file and serve a Consent to Proceed Before a U.S. Magistrate Judge **by March 4, 2008.** Otherwise, the case will be randomly reassigned to a United States District Judge.

Dated:    2/27/08                                                     /s/  KRO
                                                                  Chambers of Magistrate Judge Howard R. Lloyd

1
2  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

3  Kathleen E. Finnerty Finnertyk@gtlaw.com, BrownSh@gtlaw.com, gordoj@gtlaw.com

4  David C. Wakefield DavidWakefield@PinnockWakefieldLaw.com, AngelaPayne@PinnockWakefieldLaw.com

5
6
7
   Dated: 2/27/08
8
                                              /s/  KRO
9                                   Chambers of Magistrate Judge Howard R. Lloyd
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California