1  KATHLEEN E. FINNERTY (SBN 157638)
2  MARC B. KOENIGSBERG (SBN 204265)
   GREENBERG TRAURIG, LLP
3  1201 K Street, Suite 1100
   Sacramento, CA 95814
4  Tel: (916) 442-1111
5  Fax: (916) 448-1709
   FinnertyK@gtlaw.com
6  KoenigsbergM@gtlaw.com

7  Attorneys for Defendant
   W2005 NEW CENTURY
8  HOTEL PORTFOLIO, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>W2005 NEW CENTURY HOTEL PORTFOLIO, L.P., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. C:07-05859-HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

/ / /

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

SAC 441,193,920v1 2/27/2008

DATED: February 27, 2008

GREENBERG TRAURIG, LIP

By: /s/ Marc B. Koenigsberg
KATHLEEN E. FINNERTY
MARC B. KOENIGSBERG
Attorney for Defendant
W2005 NEW CENTURY HOTEL PORTFOLIO, LP

2

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

SAC 441,193,920v1 2/27/2008