UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert McCarthy, | No. C07-05859 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| W2005 New Century Hotel Portfolio, LP, et.al., | |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

/
/
/

Dated: October 11, 2006          RICHARD W. WIEKING,
                                 United States District Court

                                 */s/ Patty Cromwell*
                                 By: Patty Cromwell
                                 Courtroom Deputy Clerk to
                                 Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Kathleen E. Finnerty   Finnertyk@gtlaw.com, BrownSh@gtlaw.com, gordoj@gtlaw.com

4  Marc Bradley Koenigsberg   koenigsbergm@gtlaw.com, brownsh@gtlaw.com

5  David C. Wakefield   DavidWakefield@PinnockWakefieldLaw.com,
   AngelaPayne@PinnockWakefieldLaw.com