**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
|---|---|
| Clerk | 408.535.5364 |

## March 11, 2008

**CASE NUMBER:  CV 07-05859 HRL**
**CASE TITLE:  ROBERT MCCARTHY-v-W2005 NEW CENTURY HOTEL PORTFOLIO, L.P., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 03/11/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
|---|---|
| Log Book Noted | Entered in Computer 03/11/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | Transferor CSA |