**GRANTED**
*[signature]* Judge James Ware

1  KATHLEEN E. FINNERTY (SBN 157638)
2  MARC B. KOENIGSBERG (SBN 204265)
   GREENBERG TRAURIG, LLP
3  1201 K Street, Suite 1100
   Sacramento, CA  95814
4  Tel: (916) 442-1111
   Fax: (916) 448-1709
5  FinnertyK@gtlaw.com
   KoenigsbergM@gtlaw.com
6
7  Attorneys for Defendant
   W2005 NEW CENTURY
8  HOTEL PORTFOLIO, L.P.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  ROBERT MCCARTHY,                | CASE NO. C07-05859-JW
14              Plaintiff,           | **STIPULATED DISMISSAL**
15  vs.                              |
16                                   |
    W2005 NEW CENTURY HOTEL          |
17  PORTFOLIO, L.P., and DOES 1-10,  |
    inclusive,                       |
18                                   |
              Defendants.            |
19  _____ _|
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1
STIPULATED DISMISSAL

SAC 441,363,991v1 1-20-09

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective counsel, that this action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties shall each bear their own respective attorney's fees and costs in connection with this action.

DATED: January 21, 2009     GREENBERG TRAURIG, LLP

By: /s/ Marc B. Koenigsberg
KATHLEEN E. FINNERTY
MARC B. KOENIGSBERG
Attorney for Defendant
W2005 NEW CENTURY HOTEL PORTFOLIO, L.P.

DATED: January 20, 2009

By: /s/ David Wakefield
DAVID WAKEFIELD
Attorney for Plaintiff
ROBERT MCCARTHY

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: February 6, 2009

/s/ James Ware
United States District Judge